

# SCOPPETTA SEIFF KRETZ & ABERCROMBIE



ERIC A. SEIFF
WALTER A. KRETZ, JR.
CHARLES D. ABERCROMBIE
MARIANA OLE___
*ALSO ADMITTED IN CT

444 MADISON AVENUE
30TH FLOOR
NEW YORK, N.Y. 10022-6926
(212) 371-4500
FAX (212) 371-6883

ROLAND R. ACEVEDO
NICHOLAS SCOPPETTA
OF COUNSEL

June 13, 2014

Hon. Robert P. Patterson, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/14

    Re: United States v. Elfego Boyd
        13 Cr. 890 (RPP)

Dear Judge Patterson:

    I am court-appointed counsel for Elfego Boyd, the defendant in the above-referenced matter. I write to request an extension of time to file the defense motions in this case. Presently, the motions are due on Monday, June 16, 2014. The reason for this request is that I am working diligently with the Government to try and resolve this matter and avoid a trial. The Government has informed me that I will receive a copy of the proposed plea agreement today. Once I have the proposed plea agreement, I need sufficient time to review it with my client and discuss it with his family. Because I am scheduled to be on trial in Albany part of next week, I am requesting a 10-day extension of time to file defendant's motions in the event that this matter is not resolved with a guilty plea.

    In the event that the Court grants this request, the motion schedule would be modified as follows:

| | |
|---|---|
| Defense motions due | June 26, 2014 |
| Government opposition due | July 10, 2014 |
| Defense reply due | July 17, 2014 |
| Oral argument | July 22, 2014 or another date convenient for the Court |
| Trial date | September 3, 2014 |

## SCOPPETTA SEIFF KRETZ & ABERCROMBIE

    I have consulted with the Government and it has no objection to this request. In addition, I spoke with John. F. Kaley, counsel for co-defendant Norman Darby, who joins in this request on behalf of his client.

    Thank you for your consideration in this matter.

Very truly yours,

/s/

Roland R. Acevedo

Cc: AUSA Andrea Griswold
    AUSA Amy Garzon
    John F. Kaley

*See attached typewritten Memo Endorsement*

Case:     U.S. v. Boyd, et al.
Index No.   13 Cr. 890 (RPP)

## MEMO ENDORSEMENT READS:

Application granted.

Time to file motions extended to 6/26/14.

So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 6/16/14*