USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
:
UNITED STATES OF AMERICA
:     13 Cr. 890 (RPP)
    - v. -
:     ORDER OF RESTITUTION
ELFEGO BOYD,
    a/k/a "Kush da Dawn,"    :

:
    Defendant.
:
---------------------------------- X

    WHEREAS, on or about November 13, 2013, ELFEGO BOYD, a/k/a "Kush da Dawn," (the "defendant"), was charged in a six-count indictment 13 Cr. 890 (RPP) (the "Indictment"), with, among other things, sex trafficking of a minor victim from in or about September 2010 up to and including in or about November 2011, in violation of Title 18, United States Code, Section 1591 (a), (b)(2) and 2 ("Count Two");

    WHEREAS, on or about June 13, 2014, the defendant pled guilty to Count Two of the Indictment, pursuant to a plea agreement with the Government;

    WHEREAS, at a sentencing proceeding on January 8, 2015, the defendant was sentenced and ordered to pay restitution in the amount of $20,000 to a victim of the sex trafficking offense charged in Count Two of the Indictment ("Victim-1"), whose identity and address are set forth in the attached schedule, which is to be filed under seal to protect the privacy and safety of Victim-1, $20,000 representing the full amount of the victim's losses, which includes the unlawful proceeds to the defendant earned through the victimization of Victim-1;

    NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT, pursuant to 18 U.S.C. § 1593, ELFEGO BOYD, a/k/a "Kush da Dawn," (the "defendant"), shall

make restitution in the amount of $20,000 to the Clerk, U.S. District Court, for disbursement in the full amount to Victim-1, whose identity is set forth on the attached schedule, which shall be filed under seal.

IT IS FURTHER ORDERED that the defendant shall pay restitution while incarcerated in the amount of 15% of his earnings if engaged in non-UNICOR employment. However, if the defendant participates in the BOP's UNICOR program as a grade 1 through 4, the defendant shall pay 50% of his monthly UNICOR earnings toward restitution, consistent with BOP regulations at 28 C.F.R. § 545.

IT IS FURTHER ORDERED that upon commencement of his supervised release, the defendant shall pay restitution in monthly installments to be determined by the United States Probation Office, but in no event shall those payments be less than the greater of either $200 per month or 10 percent of the defendant's gross monthly income.

IT IS FURTHER ORDERED, consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter to issue such further orders as may be necessary to effect restitution to the victim of the offense in this case.

SO ORDERED:

Dated:    New York, New York
January 8, 2015

_____
HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK