UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>ELFEGO BOYD,<br><br>    Defendant. | No. 13 Cr. 390 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Elfego Boyd's motion for a modification of his sentence pursuant to 18 U.S.C. Section 3582(c)(1)(A)(I).  (See dkt. no. 89.)  The Government may respond to Mr. Boyd's motion by no later than May 13, 2020.

**SO ORDERED.**

Dated: New York, New York
    May 8, 2020

           _____
           LORETTA A. PRESKA
           Senior United States District Judge

1