UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
            -against-               :     **ORDER**
                                    :
                                    :
                                    :     13CR890 (LAP)
Elfego Boyd                         :     ‾‾‾‾‾‾‾‾‾‾‾‾‾
                                    :       Docket #
------------------------------------x

Loretta A. Proska , **DISTRICT JUDGE**:
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
  Judge's Name

The C.J.A. attorney assigned to receive cases on this day, Thomas Nooter is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC 9/27/2023.

                              **SO ORDERED.**

                              _[signature]_
                              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                              **UNITED STATES DISTRICT JUDGE**

Dated:  New York, New York
        9/27/23