UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

                Plaintiff,

-against-

Elfego Boyd,

                Defendants.

13-CR-00890 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's letter motion requesting termination of his supervised release and clarification on his restitution obligation (dkt. no. 110). The Government shall respond by February 7, 2025. Defendant may reply by February 21, 2025.

**SO ORDERED.**

Dated:    New York, New York
           January 29, 2025

*Loretta A. Presky*
LORETTA A. PRESKA
United States District Judge